The Honorable Lonny R. Suko

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN HOVER,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | NO. 2:13-cv-05113-LRS<br><br>ORDER APPROVING STIPULATION RE: PRODUCTION OF CONFIDENTIAL AND TRADE SECRET INFORMATION |

## ORDER

The parties, through their respective counsel, have stipulated and agreed to the terms of the Stipulated Motion Re: Production of Confidential and Trade Secret Information filed on March 24, 2014. Based upon the parties' foregoing stipulation, it is hereby

ORDER RE: STIPULATED MOTION

- 1 -

ORDERED, ADJUDGED AND DECREED that the Stipulated Motion Re: Production of Confidential and Trade Secret Information, ECF No. 11, is GRANTED and is incorporated herein as a Protective Order of the Court.

DATED this 7th day of April, 2014.

*/s/ Lonny R. Suko*

LONNY R. SUKO
Senior Judge, United States District Court