UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAWN HOVER,<br><br>                    Plaintiff,<br><br>          v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>                    Defendant. | No.   2:13-CV-05113-SMJ<br><br>**ORDER DISMISSING CASE** |

On September 29, 2014, the parties filed a stipulated dismissal, ECF No. 60. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulation for Dismissal of All Claims, **ECF No. 60**, is **GRANTED.**

**2.** All claims asserted, or which could have been asserted, are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

**3.** All pending motions are **DENIED AS MOOT.**

///

ORDER **-** 1

**4.** All hearings and other deadlines are **STRICKEN.**

The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of September 2014.

_____
SALVADOR MENDOZA, JR.
United States District Judge